UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENOW-TAMBONG AGBOR-BAIYEE, an individual,<br><br>                        Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a department of the State of Washington,<br><br>                        Defendant. | NO: 2:20-CV-0439-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 4). Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

ORDER ON DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

**DATED** December 22, 2020.



THOMAS O. RICE
United States District Judge